IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA WINN | CIVIL ACTION |
| Plaintiff, | |
| v. | NO.: 18-4240 |
| HERMANI MANAGEMENT, LLC. d/b/a WYNDHAM PHILADELPHIA BUCKS COUNTY, ET AL. | |
| Defendants. | |

## ORDER

AND NOW, this _17th_ day of _December_, 2019, upon consideration of Plaintiff's Petition for Counsel Fees and Costs, it is hereby **ORDERED** and **DECREED** that this Court's judgment in favor of Plaintiff (Docket Nos. 13, 14) and against Defendant Hermani Management LLC, d/b/a Wyndham Philadelphia – Bucks County and Defendant Hermani Hotels, LLC, d/b/a Wyndham Philadelphia – Bucks County, shall be supplemented and amended to include reasonable attorneys' fees and costs expended during the above-captioned litigation, hereby awarding **FINAL JUDGMENT** against Defendants for a total of **$37,066.42**, comprised of $10,834.61 in backpay, $15,000 in emotional distress, and $11,231.81 in reasonable attorneys' fees and costs.

_____
The Hon. Gerald A. McHugh, U.S.D.J.